**DISMISS and Opinion Filed March 8, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00002-CV

**COOLEY HOLDINGS, LTD., COOLEY HOLDINGS 3 LLC D/B/A CLAY COOLEY CHEVROLET, AND CHASE E. COOLEY, Appellants**
**V.**
**WILLIAM B. BROOKINS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-03434-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Appellants appeal from the trial court's interlocutory order granting appellants' motion to compel arbitration and granting appellee's motion to strike the arbitration agreement, in part. The parties' arbitration agreement is governed by the Federal Arbitration Act. Because it appeared this order is not subject to interlocutory appeal, we instructed appellants to file a letter brief addressing our jurisdiction with an opportunity for appellee to respond. The parties complied.

In matters subject to the Federal Arbitration Act, an appeal is available under the same circumstances that an appeal from a federal district court's order would be

permitted.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.016.  The Federal Arbitration Act does not permit an appeal from an order granting a motion to compel arbitration or partially striking an arbitration agreement.  *See* 9 U.S.C. § 16.

In their letter brief, appellants state that they do not believe a remedy by appeal exists.  Appellants stated in their notice of appeal that they were filing it out of an abundance of caution "to preserve potential appellate rights."  Appellants have also filed a petition for writ of mandamus concerning the same order and a motion to consolidate the two proceedings.  The petition which remains pending is styled *In re Colley Holdings, Ltd., Cooley Holdings 3 LLC d/b/a Clay Cooley Chevrolet, and Chase E. Cooley* under appellate cause number 05-21-00026-CV.

Because the trial court's order is not subject to interlocutory appeal under the Federal Arbitration Act, we deny appellants' motion to consolidate and dismiss this appeal for want of jurisdiction.  *See* 9 U.S.C. § 16; TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
_____
ROBERT D. BURNS, III
CHIEF JUSTICE

210021F.P05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COOLEY HOLDINGS, LTD.,
COOLEY HOLDINGS 3 LLC
D/B/A CLAY COOLEY
CHEVROLET, AND CHASE E.
COOLEY, Appellants

No. 05-21-00002-CV        V.

WILLIAM B. BROOKINS, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-20-03434-
D.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee WILLIAM B. BROOKINS recover his costs of this appeal from appellants COOLEY HOLDINGS, LTD., COOLEY HOLDINGS 3 LLC D/B/A CLAY COOLEY CHEVROLET, AND CHASE E. COOLEY.

Judgment entered March 8, 2021